**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE
CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA
In The Court of Appeals**

The State, Respondent,

v.

Justin Cameron Harden, Appellant.

Appellate Case No. 2016-000217

———————————

Appeal From Aiken County
R. Keith Kelly, Circuit Court Judge

———————————

Unpublished Opinion No. 2017-UP-086
Submitted December 1, 2016 – Filed February 15, 2017

———————————

**APPEAL DISMISSED**

———————————

Appellate Defender Laura Ruth Baer, of Columbia, for
Appellant.

Matthew C. Buchanan, of the South Carolina Department
of Probation, Parole and Pardon Services, of Columbia,
for Respondent.

———————————

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**LOCKEMY, C.J., and KONDUROS and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.